IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

NATHAN ZACHARY MCMULLAN,                                    PLAINTIFF
ADC #554072

v.                         3:19CV00284-JM-JTK

MAPES, et al.                                               DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Defendants Mapes and Bowers are DISMISSED from this action, without prejudice.

2. All claims other than the First Amendment claims against Defendants Lane and McCorkely are DISMISSED without prejudice.

IT IS SO ORDERED this 6th day of January, 2020.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE