### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

NATHAN ZACHARY MCMULLAN                                                                                    PLAINTIFF

v.                                          3:19CV00284-JM-JTK

MAPES, et al.                                                                                                          DEFENDANTS

### ORDER

Plaintiff Nathan McMullan originally filed this action pursuant to 42 U.S.C. § 1983 while incarcerated at the Northeast Arkansas Community Correction Center (NEACCC), and the Court granted his Motion to Proceed in forma pauperis on October 28, 2019 (Doc. No. 5). However, McMullan has notified the Court of a change in his address, which appears to reflect his release from incarceration (Doc. No. 23). Therefore, in order to continue the prosecution of this action, he must file an updated Motion to Proceed in forma pauperis. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff McMullan shall file an updated Motion to Proceed in forma pauperis within fifteen days of the date of this Order. Failure to file such shall result in the dismissal without prejudice of his Complaint. See Local Rule 5.5(c)(2). The Clerk shall forward an in forma pauperis application to Plaintiff.

IT IS SO ORDERED this 6th day of May, 2020.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE