IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

NATHAN ZACHARY MCMULLAN                                                           PLAINTIFF

v.                                              3:19CV00284-JM-JTK

MAPES, et al.                                                                           DEFENDANTS

## ORDER

Plaintiff has not responded to the May 5, 2020 Order directing him to file an updated in forma pauperis motion, following his release from incarceration. (Doc. No. 24) The Court warned Plaintiff in the Order that failure to comply would result in the dismissal without prejudice of his Complaint.

Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

In light of Plaintiff's failure to respond, the Court finds that his Complaint should be dismissed without prejudice for failure to prosecute. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Complaint is DISMISSED without prejudice.  All pending motions are DENIED as moot.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 15th day of June, 2020.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE