# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

NATHAN ZACHARY MCMULLAN                                              PLAINTIFF

v.                              3:19CV00284-JM-JTK

MAPES, et al.                                                     DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice.   The relief sought is denied.

IT IS SO ADJUDGED this 15th day of June, 2020.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE