# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

NATHAN ZACHARY MCMULLAN,
ADC #554072                                                                                            PLAINTIFF

3:19CV00284-JM-JTK

MAPES, et al.                                                                                          DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants' Motion for Summary Judgment on the issue of Exhaustion (Doc. No. 20) is DENIED.

IT IS SO ORDERED this 6th day of October, 2020.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1