**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

NATHAN ZACHARY MCMULLAN,
ADC #554072                                                                                    PLAINTIFF

3:19CV00284-JM-JTK

MAPES, et al.                                                                                    DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants' Motion for Judgment on the Pleadings (Doc. No. 37) is DENIED. Plaintiff's Motion to Amend his Complaint (Doc. No. 40) is GRANTED in part, with respect to the monetary claims against Defendants in their individual capacities. The Clerk shall docket Docket No. 44 as Plaintiff's Amended Complaint.

IT IS SO ORDERED this 4th day of January, 2021.


_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1