# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

NATHAN ZACHARY MCMULLAN,                                                    PLAINTIFF
ADC #554072

v.                                   3:19CV00284-JM-JTK

MAPES, et al.                                                              DEFENDANTS

## **ORDER**

Plaintiff has not responded to the Court's April 19, 2021 Order directing him to notify the Court of his current address and intent to continue prosecution of this action within thirty days. (Doc. No. 55) The Court warned Plaintiff in the Order that failure to comply would result in the dismissal without prejudice of his Complaint. The copy of the Order mailed to Plaintiff at his last-known address was returned to the Court as undeliverable on May 10, 2021. (Doc. No. 56) As of this date, Plaintiff has not corresponded with the Court since March 29, 2021. (Doc. No. 51)

Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

In light of Plaintiff's failure to respond, the Court finds that his Complaint should be dismissed without prejudice for failure to prosecute. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Complaint is DISMISSED without

prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 7th day of June, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE