IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

NATHAN ZACHARY MCMULLAN,                                                 PLAINTIFF
ADC #554072

v.                             3:19CV00284-JM-JTK

MAPES, et al.                                                      DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice for failure to prosecute.

IT IS SO ADJUDGED this 7th day of June, 2021.

                                                         _____
                                                         JAMES M. MOODY, JR.
                                                         UNITED STATES DISTRICT JUDGE